THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CAROL RICE, Appellant.—

Christ, P. J., Rabin and Hopkins, JJ., concur; Munder and Martuscello, JJ., dissent and vote to affirm the judgment.